1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE VENUE
11
12
                                        )
13  UNITED STATES OF AMERICA,            ) CR NO. 5: 14-390-DLJ
                                        )
14                  Plaintiff,           )
                                        )
15      v.                               ) ORDER RE 7/30/14 STATUS CONFERENCE
                                        ) AND ORDER EXCLUDING TIME UNDER THE
16  QUAN PHAM HOWARD,                    ) SPEEDY TRIAL ACT
                                        )
17                  Defendant.           )
    _____)
18

19      HEREBY, upon good cause shown and the stipulation of all
20  parties, it is ORDERED that the time between 7/30/14 and the status
21  conference hearing before District Court Judge Jensen on 9/11/14 be
22  excluded from computation of time within which the trial of this
23  matter must be commenced under the Speedy Trial Act pursuant to 18
24  U.S.C. § 3161(h)(7)(A) and (B)(iv).
25      Based on the representation of defense counsel and the United
26  States and good cause appearing therefrom, THE COURT HEREBY FINDS
27  that the failure to grant a continuance in this case would deny
28  defense counsel reasonable time necessary for effective preparation,

STIPULATION RE SPEEDY TRIAL ACT AND ORDER (proposed)                    3

1 | taking into account the exercise of due diligence.  FURTHER, the
2 | Court finds that the ends of justice to be served by granting the
3 | exclusion of time outweigh the best interests of the public and the
4 | defendant in a speedy trial.
5 |     ACCORDINGLY, it is ordered that time from 7/30/14 up to and
6 | including the 9/11/14 status conference shall be excluded from
7 | computation of time within which the trial of this matter must be
8 | commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
9 | 3161(h)(7)(A) and (B)(iv) to allow defense counsel reasonable time to
10 | prepare.
11 |
12 | Dated: 8/5/14
13 | ///

_____
HOWARD R. LLOYD
U.S. Magistrate Judge

STIPULATION RE SPEEDY TRIAL ACT AND ORDER (proposed)   4